IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**FILED**
October 16, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Julie Golden_____
DEPUTY

**SPIRIT AEROSYSTEMS, INC.**

-vs-

Case No. 1:24-CV-472

**W. KENNETH PAXTON, in his official capacity as Attorney General of Texas; JANE WILSON, in her official capacity as Secretary of State of Texas**

**ORDER**

BE IT REMEMBERED on this the __16th__ day of __October__, 20__24__, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by __Ryan Baasch__ ("Applicant"), counsel for __W. Kenneth Paxton, TX AG__ and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of __W. Kenneth Paxton, TX AG__ in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the __16th__ day of __October__ 20__24__.

_____
UNITED STATES DISTRICT JUDGE