IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SPIRIT AEROSYSTEMS, INC., § | | |
| Plaintiff, § | | |
| v. § | | |
| § | | |
| W. KENNETH PAXTON, in his official § | A-24-CV-472-DII | |
| capacity as Attorney General of Texas, § | | |
| and JANE NELSON, in her official § | | |
| capacity as Secretary of State of Texas, § | | |
| Defendants. § | | |

## ORDER

On October 17, 2024, Defendant W. Kenneth Paxton filed a Motion to Clarify the Minute Entry (Dkt. 43), dated October 11, 2024, to confirm that a Report and Recommendation from the undersigned is forthcoming. The docket text of the Minute Entry has been updated to reflect that a Report and Recommendation on Defendant's Cross Motion for Summary Judgment (Dkt. 15) and Plaintiff's Motion for Summary Judgment and Permanent Injunction (Dkt. 17) is forthcoming, following the hearing held on the motions on October 11, 2024.

The court hereby **GRANTS** Defendant's Motion to Clarify.

SIGNED October 21, 2024.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE