**FILED**
January 13, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Julie Golden_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| SPIRIT AEROSYSTEMS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> W. KENNETH PAXTON, in his official capacity as Attorney General of Texas, JANE NELSON, in her official capacity as Secretary of State of Texas, <br><br> *Defendants*. | Civil Action No. 1:24-cv-00472-RP |

### ORDER GRANTING UNOPPOSED MOTION TO EXTEND DECLARATORY RELIEF AND PERMANENT INJUNCTION TO DEFENDANT JANE NELSON

Upon the Unopposed Motion of Plaintiff Spirit AeroSystems, Inc. and Defendant Jane Nelson, in her official capacity as Secretary of State of Texas, and for good cause shown, the Court hereby ORDERS the following as to Defendant Nelson:

1. The RTE Statute, Tex. Bus. Orgs. Code §§ 12.151, *et seq.*, is DECLARED facially unconstitutional.

2. Defendant Jane Nelson and each of her agents are hereby permanently ENJOINED and RESTRAINED from:

    a. De-registering Spirit from doing business in Texas for failure to comply with any Requests to Examine issued to Spirit pursuant to the RTE Statute, Tex. Bus. Orgs. Code §§ 12.151, *et seq.*, or otherwise seeking to enforce or use that statute against Spirit.

      3.      This Order shall take effect immediately and will remain in full force and effect.

IT IS SO ORDERED, this 13th day of January, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE