UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| SPIRIT AEROSYSTEMS, INC.,<br><br>    *Plaintiff*,<br><br>v.<br><br>W. KENNETH PAXTON, *in his official capacity as Attorney General of Texas*, JANE NELSON, *in her official capacity as Secretary of State of Texas*,<br><br>    *Defendants*. | Civil Action No. 1:24-cv-00472-RP |

### JOINT STATUS REPORT AND AMENDED PROPOSED SCHEDULING ORDER

The parties, by and through their respective counsel, respectfully submit this Joint Status Report and Proposed Scheduling Order pursuant to the Court's Order (ECF No. 76).

### I. STATUS OF THE CASE

On June 26, 2025, the U.S. Court of Appeals for the Fifth Circuit issued an opinion vacating summary judgment and the injunction against Defendant W. Kenneth Paxton in the instant case pursuant to 28 U.S.C. § 2106, and remanded the case for further proceedings.

On July 31, 2025, Defendants filed an unopposed motion to vacate the Court's permanent injunction against Defendant Jane Nelson pursuant to Federal Rule of Civil Procedure 60(b)(6). See ECF No. 77. That motion is currently pending before the Court.

The parties have conferred and anticipate that, upon the resolution of the pending motion to vacate, they will be able to resolve this matter without further litigation. Accordingly, the parties do not believe that a scheduling order is necessary at this time.

## II.     REQUEST REGARDING SCHEDULING

In light of the anticipated resolution of the case, the parties jointly request that the Court refrain from setting any case management deadlines or scheduling a status conference at this time. The parties propose filing a further joint status report within 30 days of the Court's ruling on the pending motion to vacate, or sooner if the case is resolved before that time.

Dated: August 1, 2025.                                                                                                  Respectfully submitted,

/s/ _Scott Froman_____                                                                   /s/ __Matthew T. Martens_____

| | |
|---|---|
| KEN PAXTON<br>Attorney General of Texas | McCARTY LAW PLLC<br>Darren L. McCarty<br>State Bar No. 24007631 |
| BRENT WEBSTER<br>First Assistant Attorney General | darren@mccartylawpllc.com<br>1410B West 51st Street<br>Austin, TX 78756 |
| RALPH MOLINA<br>Deputy First Assistant Attorney General | Telephone: (512) 827-2902 |
| AUSTIN KINGHORN<br>Deputy Attorney General for Civil Litigation | WILMER CUTLER PICKERING HALE AND DORR LLP<br>Matthew T. Martens (*pro hac vice*) |
| JOHNATHAN STONE<br>Chief, Consumer Protection | matthew.martens@wilmerhale.com<br>Jaclyn N. Moyer (*pro hac vice*)<br>jaclyn.moyer@wilmerhale.com |
| SCOTT FROMAN<br>State Bar No. 24122079<br>Assistant Attorney General<br>Office of the Attorney General<br>Consumer Protection Division<br>P.O. Box 12548<br>Austin, Texas 78711<br>Scott.Froman@oag.texas.gov<br>Tel: 512-463-1264<br>Fax: 512-473-8301 | 2100 Pennsylvania Avenue, NW<br>Washington, DC 20037<br>Telephone: (202) 663-6921<br>Facsimile: (202) 663-6363<br><br>*Attorneys for Plaintiff Spirit AeroSystems, Inc.* |

*Attorneys for Defendant W. Kenneth Paxton, in his official capacity as Attorney General of Texas, and Defendant Jane Nelson, in her official capacity as Secretary of State of Texas*

## CERTIFICATE OF SERVICE

I hereby certify that I have this date filed the foregoing JOINT STATUS REPORT AND AMENDED PROPOSED SCHEDULING ORDER, via the Court's CM/ECF system, which will automatically give notice to all counsel of record.

This 1st day of August, 2025.

/s/  Matthew T. Martens

WILMER CUTLER PICKERING HALE
AND DORR LLP
Matthew T. Martens (*pro hac vice*)
  matthew.martens@wilmerhale.com
2100 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 663-6921

*Attorney for Plaintiff Spirit AeroSystems, Inc.*