UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| SPIRIT AEROSYSTEMS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> W. KENNETH PAXTON, *in his official capacity as Attorney General of Texas*, JANE NELSON, *in her official capacity as Secretary of State of Texas*, <br><br> *Defendants*. | Civil Action No. 1:24-cv-00472-RP |

## JOINT STIPULATION OF DISMISSAL

The parties hereby stipulate to the dismissal without prejudice of the above-captioned case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Rule 41(a)(1)(A)(ii) provides that "the plaintiff may dismiss an action without a court order by filing . . . (ii) a stipulation of dismissal signed by all parties who have appeared." A stipulation of dismissal under Rule 41(a) is effective when filed and does not require an order of the Court. *See SmallBizPros, Inc. v. MacDonald*, 618 F.3d 458, 461 (5th Cir. 2010).

Dated: August 5, 2025.                                              Respectfully submitted,

/s/ _Scott Froman_____                    /s/ _Matthew T. Martens_____

KEN PAXTON                                                          McCARTY LAW PLLC
Attorney General of Texas                                           Darren L. McCarty
                                                                    State Bar No. 24007631
BRENT WEBSTER                                                       darren@mccartylawpllc.com
First Assistant Attorney General                                    1410B West 51st Street
                                                                    Austin, TX 78756
RALPH MOLINA                                                        Telephone: (512) 827-2902
Deputy First Assistant Attorney General

AUSTIN KINGHORN                                                     WILMER CUTLER PICKERING HALE
Deputy Attorney General for Civil Litigation                        AND DORR LLP
                                                                    Matthew T. Martens (*pro hac vice*)
JOHNATHAN STONE                                                         matthew.martens@wilmerhale.com
Chief, Consumer Protection                                          Jaclyn N. Moyer (*pro hac vice*)
                                                                        jaclyn.moyer@wilmerhale.com
SCOTT FROMAN                                                        2100 Pennsylvania Avenue, NW
State Bar No. 24122079                                              Washington, DC 20037
Assistant Attorney General                                          Telephone: (202) 663-6921
Office of the Attorney General                                      Facsimile: (202) 663-6363
Consumer Protection Division
P.O. Box 12548                                                      *Attorneys for Plaintiff Spirit*
Austin, Texas 78711                                                 *AeroSystems, Inc.*
Scott.Froman@oag.texas.gov
Tel: 512-463-1264
Fax: 512-473-8301

*Attorneys for Defendant W. Kenneth Paxton, in his official capacity as Attorney General of Texas, and Defendant Jane Nelson, in her official capacity as Secretary of State of Texas*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2025, the Parties conferred and agreed to the terms of the Stipulation of Dismissal.

/s/  Matthew T. Martens

WILMER CUTLER PICKERING HALE AND DORR LLP
Matthew T. Martens (*pro hac vice*)
    matthew.martens@wilmerhale.com
2100 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 663-6921

*Attorney for Plaintiff Spirit AeroSystems, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that I have this date filed the foregoing JOINT STIPULATION OF DISMISSAL, via the Court's CM/ECF system, which will automatically give notice to all counsel of record.

This 5th day of August, 2025.

/s/    Matthew T. Martens

WILMER CUTLER PICKERING HALE AND DORR LLP
Matthew T. Martens (*pro hac vice*)
    matthew.martens@wilmerhale.com
2100 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 663-6921

*Attorney for Plaintiff Spirit AeroSystems, Inc.*